Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866 (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA INC.

    Plaintiff,    vs.

WINSTON ROBINSON BURGO, et al,

    Defendant,

Case No.: 2:08-cv-06893-FMC-VBKx

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Integrated Sports Media Inc, and against Defendant, Winston Robinson Burgo, Jorge Ivan Lavin (individually and dab Canoas Banquet Hall aka La Tortilla Loca) and Latin Fusion, Inc., (an unknown business entity dba Canoas Banquet Hall aka La Tortilla Loca), entered on July 30, 2009, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 11,200.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **11,200.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | $ | **11,200.00** |
| f. | Interest after judgment (rate .47% per annum) | $ | 522.65 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **11,722.65** |

Kiry K. Gray, Clerk of Court

Dated: July 5, 2019 , by *[signature: Sharon Hall Brown]*
                                              Deputy Clerk